UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Owen F. Silvious,<br><br>Plaintiff,<br><br>v.<br><br>Chiquita Brands International, Inc., *et al.*,<br><br>Defendants. | Civil Action No.  10-1421 (JDB) |

### DISMISSAL ORDER

In this matter removed from the Superior Court of the District of Columbia, plaintiff filed on September 21, 2010, a notice voluntarily dismissing this case "without prejudice" under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Notice of Voluntary Dismissal [Doc. No. 16]. However, on July 26, 2010, plaintiff voluntarily dismissed an action based on the same claims against the same defendants.  *See Silvious v. Chiquita Brands International, Inc.*, Civ. Action 10-1139 [Doc. No. 15].  Because of the prior dismissal, the notice in this case "operates as an adjudication on the merits."  Fed. R. Civ. P. 41(a)(1)(B).  Accordingly, it is

**ORDERED** that this case is **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that costs are taxed against Plaintiff.  Plaintiff shall pay defendants' costs reasonably incurred in responding to the complaint and the amended complaint.  *See* LCvR 54.1.

Dated: September 28, 2010

s/
JOHN D. BATES
United States District Judge